UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY LEE MORRIS,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>R. YAVARI, ET AL.,<br><br>　　　　　　Defendant(s). | Case No. CV 19-5798-SVW (KK)<br><br>**ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report and Recommendation to which Defendants have objected. The Court accepts the final findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss the Complaint is DENIED.

Dated:  December 3, 2020

　　　　　　　　　　　　　　　　　　　*Stephen V. Wilson*
　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　Chief United States District Judge